FILED & ENTERED

JUN 25 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# <u>LOS ANGELES</u> DIVISION

| | |
|---|---|
| In re:<br><br>Albert Carl Sperber<br><br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 2:09-bk-19289-ER<br>Adv No:  **2:09-ap-01867-ER**<br><br>**ORDER AND NOTICE OF HEARING RE: ORAL RULING**<br><br>Date:      July 16, 2012<br>Time:     9:00 AM<br>Courtroom: United States Bankruptcy Court<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Courtroom #1639, 16th Floor<br>           Los Angeles, CA 90012<br><br>**Trial Judge: William V. Altenberger** |
| Bruce H Clark-Cole<br><br>                        Plaintiff(s),<br>    v.<br><br>Albert Carl Sperber<br><br>                       Defendant(s). | |

-1-

1 **NOTICE IS HEREBY GIVEN:**

2       A hearing will be held on July 16, 2012 at 9:00 a.m. for the rendering of
3 Judge William V. Altenbergers Oral Ruling regarding the trial which concluded on April
4 24, 2012 on the above mentioned adversary proceeding.

27 DATED: June 25, 2012

                              United States Bankruptcy Judge

-2-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER AND NOTICE OF HEARING RE: ORAL RULING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **JUNE 25, 2012**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Sandor T Boxer    tedb@tedboxer.com
- Richard K Diamond (TR)    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
- Alvin Mar    alvin.mar@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Mark E. Saltzman
18321 Ventura Blvd., Ste. 530
Tarzana, CA 91356-6445

Albert Carl Sperber
4733 Torrance Blvd., #533
Torrance, CA 90503

Gregory W. Sharf
Post Office Box 1879
Redondo Beach, CA 90278

John Roads
Post Office Box 6875
Laguna Niguel, CA 92607-6875

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9021-1.1.NOTICE.ENTERED.ORDER**