| ☒ Recording requested by a return to:<br>Allan Herzlich/Jerome Blum<br>Herzlich & Blum, LLP<br>15760 Ventura Blvd., Ste. 2024<br>Encino, CA 91436<br>(818) 783-8991 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Albert Carl Sperber<br>Debtor | CASE NUMBER 2:09-bk-19289-ER<br>ADVERSARY NUMBER 2:09-ap-01867-ER |
| Brian H. Clark-Cole & Cherie Clark-Cole<br>Plaintiff<br>vs.<br>Albert Carl Sperber & John D. Rhoads<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

   Albert Carl Sperber

   4733 Torrance Blvd., #533

   Torrance, CA 90503

   ☐ Address Unknown

   b. Driver's License No.    California XXXX5483    ☐ Unknown

   c. Social Security No.    XXX-XX-0130    ☐ Unknown

2. The Summons was personally served at, or mail to (address):
   4733 Torrance Blvd., #533, Torrance, CA 90503

3. ☒ Information regarding additional judgment debtors is shown on reverse side.

   Dated: October 5, 2012

   _____
   (Signature of Judgment Creditor or Attorney)
   Allan Herzlich

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | | CHAPTER 7 |
|---|---|---|---|
| | Albert Carl Sperber | Debtor(s). | ADVERSARY NO.: 2:09-ap-01867 |

4. I certify that in the above-entitled action and Court, Judgment was entered on __July 18, 2012__,
in favor of __Brian H. Clark-Cole & Cherie Clark-Cole__ and against __Albert Carl Sperber & John David Rhoads__

for   $ __1,616,934.10__   Principal,

   $ __0.00__   Interest,

   $ __0.00__   Attorney's Fees, and

   $ __0.00__   Costs

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __10th__ day of __OCT. 2012__

[SEAL]

**KATHLEEN J. CAMPBELL**
Clerk of the Bankruptcy Court

By: __RS__
      Deputy Clerk

Information regarding additional judgment debtors:

John David Rhoads, 25505 Rue Chanson, Laguna Niguel, CA 92677

Driver's License No. XXXX5483

Social Security No. XXX-XX-0130

Summons was personally served at, or mailed to P.O. Box 6875, Laguna Niguel, CA 92677

*Revised February 2010*

1 | Sandor T. Boxer, Esq. (SBN 36288)
  | tedb@tedboxer.com
2 | LAW OFFICES OF SANDOR T. BOXER
  | 12400 Wilshire Boulevard, Suite 1300
3 | Los Angeles, CA 90025
  | Telephone: (310) 826-9780
4 | Facsimile: (310) 820-4414
5 |
6 | Attorneys for Plaintiffs

**FILED & ENTERED**

JUL 18 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

7 | UNITED STATES BANKRUPTCY COURT
8 | CENTRAL DISTRICT OF CALIFORNIA
9 | LOS ANGELES DIVISION

10 | In re:                                           ) Case No. 2:09-bk-19289-ER
11 | ALBERT CARL SPERBER                              )
   |     Debtors.                                     ) Chapter 7
12 |                                                  ) Adv. No. 2:09-ap-01867-ER
13 | BRIAN H. CLARK COLE and CHERIE                   )
   | CLARK COLE,                                      ) (Consolidated for trial with
14 |                                                  ) 2:10-ap-02531-ER)
   |           Plaintiffs,                            )
15 |                                                  ) **JUDGMENT AFTER TRIAL**
   |     v.                                           )
16 |                                                  )
   | ALBERT CARL SPERBER, JOHN D.                     ) **[Assigned for Trial to the Honorable**
17 | RHOADS, et al                                    ) **William Altenberger]**
   |                                                  )
18 |                                                  ) Hearing for Rendition of Oral Decision
   |           Defendants                             )
19 |                                                  ) Date:  July 16, 2012
   | BRIAN H. CLARK-COLE, CHERIE                      ) Time:  9:00 AM
20 | CLARK-COLE                                       ) Place: Courtroom 1639
   |                                                  )
21 |           Plaintiffs,                            )
22 |                                                  )
   |     v.                                           )
23 |                                                  )
   | JOHN DAVID RHOADS,                               )
24 |                                                  )
   |           Defendant                              )
25 |                                                  )

26

27 |     Trial of the above-captioned matter was held before this Court on December 15,
28 | 2011 and March 21, 2012, and oral argument was given on April 24, 2012. A hearing

-1-

was scheduled for and held on July 16, 2012 for the Court to render its Oral Decision pursuant to FRCP Rule 52(a) as incorporated into these proceedings by FRBP 7052. At the hearing, the Plaintiffs were present and were represented by the Law Offices of Sandor T. Boxer and the Defendants were present and were represented by Gregory A. Scharf.

In accordance with the Findings of Fact and Conclusions of Law recited on the record at the hearing of July 16, 2012 the Court now enters the following Judgment:

IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Plaintiffs Brian H. Clark-Cole and Cherie Clark-Cole shall have judgment against the Defendants Albert Carl Sperber and John David Rhoads, and each of them, for the sum of $1,616,934.10.

2. The aforesaid Judgement in favor of the Plaintiffs and against the Defendants, and each of them, is determined to be non-discharged pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(4).

3. The Plaintiffs are the prevailing party and are entitled to costs against the Defendants, and each of them, such costs to be taxed pursuant to FRBP 7054(b) and LBR 7054-1.

4. The Judgment shall be entered in the two adversary proceedings that were previously consolidated for trial, 2:09-ap-01867-ER and 2:10-ap-02531-ER.

###

DATED: July 18, 2012